# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147727 & (60)

DANNY EPPS and JOYCE EPPS,
          Plaintiffs-Appellees/
          Cross-Appellants,

v

4 QUARTERS RESTORATION, L.L.C.,
DENAGLEN CORP., d/b/a MBM CHECK
CASHING, EMERGENCY INSURANCE
SERVICES, and TROY WILLIS,
          Defendants-Appellants/
          Cross-Appellees,

and

AM ADJUSTING & APPRAISALS, L.L.C.,
MICHAEL N. ANDERSON, JR., HOME
OWNERS INSURANCE COMPANY, PAULA
MATHEWS, MAXIMUM RESTORATION,
L.L.C., AUTO OWNERS INSURANCE
COMPANY, CHARLES WILLIS, and
COMERICA BANK,
          Defendants.

_____/

SC: 147727
COA: 305731
Wayne CC: 09-018323-NO

      On order of the Court, the application for leave to appeal the June 6, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered. We direct the Clerk to schedule oral argument on whether to grant the application for leave to appeal or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the contracts and limited power of attorney at issue are void or merely voidable, and whether the plaintiffs are required to establish actual damages to recover on their breach of contract and fraud/misrepresentation claims. The parties should not submit mere restatements of their application papers.

      Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

      The application for leave to appeal as cross-appellants remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

p0610

June 13, 2014 _____



Clerk